| | |
|---|---|
| MARCIANO FLORES, | 1:19-cv-01357-AWI-GSA-PC |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 10.)** |
| v. | |
| RALPH DIAZ, et al., | **ORDER DENYING PLAINTIFF'S EX PARTE EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**<br>**(ECF No. 3.)** |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Marciano Flores ("Plaintiff) is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 30, 2020, findings and recommendations were entered, recommending that Plaintiff's *ex parte* emergency motion for a temporary restraining order and a preliminary injunction, filed on September 26, 2019, be denied. (ECF No. 10.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The time for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on January 30, 2020, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on September 26, 2019, (Doc. No. 3) is DENIED.

IT IS SO ORDERED.

Dated: March 4, 2020

SENIOR DISTRICT JUDGE