UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO FLORES,<br><br>      Plaintiff,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>      Defendants. | **1:19-cv-01357-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 14.)**<br><br>**ORDER DISMISSING THIS CASE, WITH PREJUDICE, FOR PLAINTIFF'S FAILURE TO STATE A CLAIM**<br>**(ECF No. 12.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

   Marciano Flores ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On September 2, 2020, the court entered findings and recommendations, recommending that this case be dismissed, with prejudice, for Plaintiff's failure to state a claim.  (ECF No. 14.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (Id.)   The fourteen-day time period has passed, and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

### III.   CONCLUSION

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on September 2, 2020, are ADOPTED in full;
2. This case is DISMISSED, with prejudice, for failure to state a claim;
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   October 8, 2020

SENIOR  DISTRICT  JUDGE